UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                  No.    1:03CR259-01

    v.                                          Hon.   RICHARD A. ENSLEN

PAUL THOMAS PETERSON,

    Defendant.
_____/

ORDER FOR WAGE ASSIGNMENT

In accordance with the stipulation of the parties:

It is hereby ORDERED that defendant's employer Engine Power Components, deduct the sum of $50.00 per pay period, starting with the pay period during which this Order is received and continuing each and every succeeding pay period, until the balance is paid in full, from the wages of Paul Thomas Peterson and transmit such sum to:

Clerk, United States District Court
Western District of Michigan
399 Federal Building
110 Michigan NW
Grand Rapids, MI  49503
Payable to CLERK, UNITED STATES DISTRICT COURT

Such wage assignment is to remain in effect until the sum of $13,462.00 is satisfied, or Paul Thomas Peterson, terminates employment.  Engine Power Components will be notified by the United States Attorney's Office when the remaining balance is $100.00 so that no overpayment is created.

A copy of this order is to be served by the United States Attorney's Office upon Engine Power Components at 1333 Fulton Ave., Grand Haven, MI 49417.


Dated: January 12, 2006                                /s/ Richard A. Enslen
                                                       RICHARD A. ENSLEN
                                                       United States District Judge